IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

JOHNNY RAY OGLE, )
)
    Petitioner, )
)
vs. ) CIVIL ACTION NO. CV505-011
)
CURTIS JOHNSON, Warden, )
)
    Respondent. )

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, as amended, Ogle contends that he presented his ineffective assistance of counsel claims to the state habeas court. Ogle also contends that the state habeas court ruled on some of these claims and disregarded other claims. (Doc. No. 21, p. 5.) Ogle asserts that the Magistrate Judge relied on the state habeas court's erroneous ruling that he failed to establish cause and prejudice to overcome his procedural default on certain ineffective assistance of trial counsel claims. Ogle alleges that he did not raise these issues on appeal, which can only be attributed to his appellate counsel's ineffective assistance. Ogle contends that he had "a more than reasonable probability of success on appeal" on these issues. (Doc. No. 21, p. 7.) Ogle avers that, if the Court determines he has presented a mixed petition, he should be able to proceed in the instant petition with those claims he has exhausted.

AO 72A
(Rev. 8/82)

Ogle's Objections are without merit. A review of the record before this Court indicates that the Magistrate Judge reviewed the claims Ogle presented in the instant petition and the claims he raised on appeal and/or in his state habeas proceedings. The Magistrate Judge applied the correct legal standards to the claims Ogle presents in the instant petition. Accordingly, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Ogle's petition, filed pursuant to 28 U.S.C. § 2254, is **DISMISSED**. The Clerk is hereby authorized and directed to enter the appropriate Judgment of Dismissal.

**SO ORDERED**, this _9th_ day of _DECEMBER_, 2005.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)